ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 31, 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. WANG,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. CV 05-08023 AN<br><br>JUDGMENT OF REMAND FOR<br>FURTHER PROCEEDINGS |

**IT IS ADJUDGED** that, in accordance with the Court of Appeals for the Ninth Circuit's order of September 4, 2008, and its mandate filed on October 28, 2008, this action is remanded to the Commissioner for further determinations consistent with the Ninth Circuit's order.

DATED:   October 30, 2008

          /s/ Arthur Nakazato
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE