1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff Paul Wang
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | PAUL WANG,                              ) Case No.: CV 05-8023 AN
                                             )
12 |        Plaintiff,                       ) [PROPOSED] ORDER AWARDING
                                             ) EQUAL ACCESS TO JUSTICE ACT
13 |   vs.                                   ) ATTORNEY FEES PURSUANT TO
                                             ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                      )
     Commissioner of Social Security,        )
15 |                                         )
            Defendant.                       )
16 | _____)

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

20 the amount of $7,500.00, as authorized by 28 U.S.C. § 2412(d), subject to the

21 terms of the above-referenced Stipulation.

22 DATE:   July 24, 2009           /s/ Arthur Nakazato

23                                 _____
                                   THE HONORABLE ARTHUR NAKAZATO
24                                 UNITED STATES MAGISTRATE JUDGE

25

26